AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Ranya ElZein — Telephone: (313) 226-9100
Special Agent: Matthew Hughes — Telephone: (313) 965-2323

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
D1 Jahbez Raheen JAMES
D2 Nicodia Bill DAVIS

Case No. 2:25-mj-30615
Judge: Unassigned,
Filed: 09-26-2025 At 05:15 PM
CMP USA V. JAMES ET AL (DA)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 8, 2025 to September 26, 2025** in the county of **Macomb and elsewhere** in the **Eastern** District of **Michigan**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2423(a) | Transportation of a minor for prostitution |
| 18 U.S.C. § 2 | Aiding and abetting |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Complainant's signature_

Matthew Hughes, Special Agent (FBI)
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: September 26, 2025

_Judge's signature_

City and state: Detroit, Michigan

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Matthew Hughes, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

1. I have been employed as a Special Agent of the Federal Bureau of Investigation (FBI) since 2019 and am currently assigned to the FBI Detroit Division. I currently work on the Southeast Michigan Trafficking and Exploitation Crimes (SEMTEC) Task Force. I have experience investigating child sexual exploitation, child pornography, and human trafficking crimes and have also been trained specifically on these types of investigations. I have consulted with numerous other SEMTEC agents, including those that have worked on crimes-against-children investigations, including child pornography and child sexual exploitation.

2. As an FBI Special Agent, I am authorized to investigate violations of the laws of the United States, and I am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

3. This affidavit is submitted in support of an application for a criminal complaint and arrest warrants for JAHBEZ JAMES and NICODIA DAVIS for violations of 18 U.S.C. § 2423(a) (Transporting a Minor to Engage in Prostitution) and 18 U.S.C. § (2) (Aiding and Abetting).

1

4. The statements contained in this affidavit are based in part on information provided by other law enforcement officers, information conveyed to me by other law enforcement officials, and my experience, training, and background as a Special Agent.

5. This affidavit is submitted for the limited purpose of securing a complaint and arrest warrant. I have not included every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that JAHBEZ JAMES and NICODIA DAVIS have violated the offense referenced in this complaint.

## PROBABLE CAUSE

6. On September 25, 2025, the FBI Detroit office was contacted by an agent in the FBI Pittsburgh office to provide information that a 15-year-old female, born in 2010 (hereafter MV-1), was known to be missing out of the San Antonio, Texas area and was depicted in an online advertisement to engage in prostitution. The ad was posted on September 25, 2025. It included pictures of MV-1's face, offered sexual acts with her in exchange for money, and included a phone number to contact to arrange a sex date.

7. An undercover officer in the FBI Pittsburgh office contacted the phone number in the ad and received a message back stating MV-1 was in Detroit.

2

8. The undercover officer obtained location data from Verizon, who was known to be servicing the phone number in the ad. The location data showed the phone was located in Detroit on September 25, 2025.

9. Based on the location data, agents and task force officers with the FBI Detroit office initiated surveillance of the Holiday Inn Express hotel in Warren, Michigan on September 26, 2025.

10. On September 26, 2025, an ad was posted online advertising MV-1 for prostitution, listing the same contact phone number that the undercover officer in Pittsburgh attempted to contact. An undercover officer with the FBI Detroit office attempted to contact the phone number with no response.

11. While the hotel was under surveillance, a black 2013 Chevrolet Impala with a Texas license plate was identified in the parking lot. The car was registered to an individual out of Beaumont, Texas. License Plate Reader records showed that the Impala driving in several states, including New York, Tennessee, and Pittsburgh prior to arriving in Detroit on September 25, 2025.

12. MV-1 was observed exiting the Holiday Inn Express, approached the Impala, and appeared to talk to the occupants of the Impala. Law enforcement approached MV-1, verified her identity, and interviewed her.

13. A traffic stop of the Impala was conducted in the parking lot of the Holiday Inn Express. JAHBEZ JAMES and NICODIA DAVIS were identified in

the car and detained. After being detained, JAMES informed law enforcement that the car was registered to a family member. JAMES further stated that him and DAVIS had driven the car to Detroit from Pittsburg.

14. During her interview, MV-1 stated the following. She was picked up in San Antonio, Texas by JAMES on or around September 8, 2025. JAMES informed MV-1 that they would be traveling to different areas of the United States to make some money. JAMES drove MV-1 from Texas to New York. While in New York with JAMES, MV-1 engaged in sex acts in exchange for money.

15. MV-1 further stated the following. MV-1 and JAMES met DAVIS in New York approximately three days after leaving Texas. From there, JAMES and DAVIS drove MV-1 to additional states, including Pittsburg and Delaware. While in Pittsburg and Delaware, MV-1 engaged in sexual acts in exchange for money, and DAVIS collected some of the proceeds. JAMES and DAVIS then decided to continue traveling to additional states before arriving in Detroit.

16. MV-1 stated that she engaged in approximately 60 sexual encounters at the direction of JAMES and DAVIS in exchange for money, while in various state. She would be paid for the encounters and was then required to give the money to DAVIS.

## CONCLUSION

17. Based on the foregoing, there is probable cause to believe that JAHBEZ JAMES and NICODIA DAVIS committed violations of 18 U.S.C.§ 2423(a) (Transporting a Minor to Engage in Prostitution) and 18 U.S.C. § (2) (Aiding and Abetting) .

Respectfully submitted,

Matthew Hughes, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

HON. ELIZABETH A. STAFFORD
UNITED STATES MAGISTRATE JUDGE

Date: September 26, 2025

5